AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Mississippi

| | |
|---|---|
| A BOHEME DESIGN, L.L.C.<br><br>*Plaintiff(s)*<br>v.<br>BRUCE KELLY PROPERTIES LIMITED LIABILITY COMPANY and CHARLES BRUCE KELLY<br><br>*Defendant(s)* | Civil Action No. 3:25-cv-416-TSL-RPM |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Bruce Kelly Properties Limited Liability Company
c/o Trend Consultants, LLC - Registered Agent for Service of Process
125 Fountains Blvd.
Madison, MS 39110

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Jonathan S. Masters, Esq.
Holcomb Law Group
P.O. Drawer 707
Oxford, MS 38655
Phone: 662-234-8775
Email: jmasters@holcombgroup.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**ARTHUR JOHNSTON**

*CLERK OF COURT*

Date: 6/9/2025

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

| | |
|---|---|
| A BOHEME DESIGN, L.L.C. <br><br> *Plaintiff(s)* <br> v. <br> BRUCE KELLY PROPERTIES LIMITED LIABILITY COMPANY and CHARLES BRUCE KELLY <br><br> *Defendant(s)* | ))))))))))))) Civil Action No. 3:25-cv-416-TSL-RPM |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Charles Bruce Kelly
125 Fountains Blvd.
Madison, MS  39110

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Jonathan S. Masters, Esq.
Holcomb Law Group
P.O. Drawer 707
Oxford, MS 38655
Phone: 662-234-8775
Email: jmasters@holcombgroup.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**ARTHUR JOHNSTON**

*CLERK OF COURT*

Date: __6/9/2025__          _____
*Signature of Clerk or Deputy Clerk*