CASE 27855

2.

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Mississippi

| | |
|---|---|
| A BOHEME DESIGN, L.L.C. | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 3:25-cv-416-TSL-RPM |
| BRUCE KELLY PROPERTIES LIMITED LIABILITY COMPANY and CHARLES BRUCE KELLY | ) |
| *Defendant(s)* | ) |

Received by _____

JUN 24 2025

Madison County Sheriff's Department
Randall Tucker, Sheriff

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Bruce Kelly Properties Limited Liability Company
c/o Trend Consultants, LLC - Registered Agent for Service of Process
125 Fountains Blvd.
Madison, MS 39110

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Jonathan S. Masters, Esq.
Holcomb Law Group
P.O. Drawer 707
Oxford, MS 38655
Phone: 662-234-8775
Email: jmasters@holcombgroup.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**ARTHUR JOHNSTON**

*CLERK OF COURT*

Date: 6/9/2025     _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Received by _Lynn Jennings_ (?)

Civil Action No.

JUN 24 2025

**PROOF OF SERVICE**
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

Madison County Sheriff's Department
Randall Tucker, Sheriff

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☑ I returned the summons unexecuted because _secretary advised Mr. Kelly is out of town for the next several weeks and no one else could accept the papers._ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 6/26/25

_Lee Brock_
Server's signature

_Lee Brock_
Printed name and title

Server's address

Additional information regarding attempted service, etc: